STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 829-4304
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Robert Rasheed

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>Vs.<br><br>ROBERT RASHEED,<br><br>  Defendant. | No. CR-14-0582-PJH<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL APPEARANCE TO DECEMBER 9, 2014 |

    Defendant Robert Rasheed, by and through his attorney, Steven F. Gruel, hereby requests that the initial appearance scheduled for December 8, 2014 at 9:30 a.m. be continued until December 9, 2014 at 9:30 a.m.  The good cause for this defense request is that defense counsel has a personal medical matter scheduled for December 8, 2014.   The government does not oppose and stipulates to this defense request.

SO STIPULATED:

//

*STIPULATION AND [PROPOSED] ORDER*

- 1

DATED: 12/07/2014        __/s/_____
                                STEVEN F. GRUEL
                                Attorney for Robert Rasheed

DATED:  12/07/2014
                                __/s/_____
                                MANISH KUMAR
                                Assistant United States Attorney

### [PROPOSED] ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, the December 8, 2014 initial appearance is continued to December 9, 2014 at 9:30 a.m. IT IS SO ORDERED.

DATED: 12/8/14        HONORABLE KANDIS A. WESTMORE
                                United States Magistrate Judge