1  MANISH KUMAR (CSBN 269493)
   U.S. Department of Justice
2  Antitrust Division
   450 Golden Gate Avenue
3  Box 36046, Room 10-0101
4  San Francisco, CA 94102
   manish.kumar@usdoj.gov
5  Telephone: (415) 934-5300

6  Attorneys for United States of America

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

12 | UNITED STATES OF AMERICA ) CASE NO. CR 4:14-00582 JD
                              )
13 |            v.            ) **STIPULATED REQUEST TO SCHEDULE**
                              ) **STATUS CONFERENCE AND [PROPOSED]**
14 | ROBERT ALHASHASH RASHEED and ) **ORDER**
   | REFUGIO DIAZ,             )
15 |                           )
                              )
16 |        Defendants.        )

17
        Pursuant to the Court's order (doc. no. 538), the above-captioned parties have met and conferred
18
   and jointly request October 3, 2018 or October 24, 2018 for a status conference.
19
        **IT IS SO STIPULATED.**
20
   Dated: August 24, 2018              Respectfully submitted,
21
                                       /s/ LEAH SPERO
22                                     Leah Spero, Esq.
                                       Attorney for Defendant Rasheed
23

24                                     /s/ CHRISTOPHER D'ANJOU
                                       Christopher D'Anjou, Esq.
25                                     Attorney for Defendant Diaz

26                                     /s/ MANISH KUMAR
                                       Assistant Chief
27                                     U.S. Department of Justice
28                                     Antitrust Division

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The Court sets a status conference in this matter for October 24, 2018, at 10:30 AM in the San |
| 3 | Francisco courthouse. |
| 4 | **IT IS SO ORDERED**. |

DATED: August 28, 2018

_____
HONORABLE JAMES DONATO
United States District Judge